# Court of Appeals
# of the State of Georgia

ATLANTA,___April 28, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1248.  ERIC KEN-HARDING v. TIFFANY LEE BURNETT.**

This case was docketed by this court on March 18, 2016, and appellant's brief and enumerations of error were April 7, 2016.  As of the date of this order, appellant has not filed a brief and enumeration of errors and has not requested any extensions of time in which to do so.  Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.

To Eric Ken-Harding: Your appeal has been DISMISSED because your brief and enumeration of errors were not filed when due.  If you have decided you do not want to appeal, you need not do anything more.  However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL - but you MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court.  If your motion for an out-of-time appeal is denied, you may appeal that denial to this court within thirty (30) days of the trial court's decision.  See: *Rowland v. State*, 264 GA 872 (452 SE2d 756) (1995).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/28/2016_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.